# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:09-cv-00040-GCM

RUBBERMAID INCORPORATED,

    Plaintiff,

v.

STREAM SOURCE CORP. AND
STREAM SOURCE, LLC

    Defendant,

## ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT STREAM SOURCE, LLC

THIS MATTER having been brought before the Court by motion of Plaintiff Rubbermaid Incorporated ("Rubbermaid"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for default judgment against Defendant Stream Source, LLC; and

WHEREAS, it appearing to the Court that on October 19, 2009, Stream Source, LLC was served with the Summons and First Amended Complaint in the above-captioned matter; and

WHEREAS, it appearing to the Court that more than twenty-one (21) days have elapsed since service of process upon Stream Source, LLC for the reasons set forth in Plaintiff's moving papers; and,

WHEREAS, it appearing to the Court that Defendant Stream Source, LLC has failed to make an appearance, plead or otherwise defend against the above-captioned action and that no responsive pleadings have been filed by said Defendant; and

WHEREAS the Court has reviewed the evidence, including: (a) the Declaration in Support of Motion for Entry of Default and Entry of Default entered by this Court on January 14, 2010; and Motion for Default Judgment against Defendant Stream Source; and

WHEREAS, Plaintiff is entitled to default judgment of $1,892,554.49, plus cost for bringing this action; and

GOOD CAUSE having been shown;

It is on this 27th day of July, 2010,

ADJUDGED, ORDERED and DECREED that a DEFAULT JUDGMENT be entered against Defendant Stream Source, LLC, and it is further

ADJUDGED, ORDERED and DECREED that a DEFAULT JUDGMENT of $1,892,554.49 plus cost for bringing this action be entered against Stream Source, LLC and in favor of Plaintiff Rubbermaid.

SO ORDERED

Signed: July 27, 2010

_____
Frank G. Johns, Clerk
United States District Court