IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-40

| | |
|---|---|
| RUBBERMAID INCORPORATED, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STREAM SOURCE CORP. )<br>    Defendant. ) | **ORDER** |

 THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Courtroom #3 on **May 22, 2012, at 11:00 a.m.**

 IT IS SO ORDERED.

        Signed: May 7, 2012

        *Graham C. Mullen*
        Graham C. Mullen
        United States District Judge