IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-40

| | |
|---|---|
| RUBBERMAID INCORPORATED, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STREAM SOURCE CORP. ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Courtroom #3 on **May 22, 2012, at 11:00 a.m.**

IT IS SO ORDERED.

Signed: May 7, 2012

Graham C. Mullen
United States District Judge